IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PETER DAVID WINEGARNER,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-1507-L** |
| **KAREN HARTZ,** *et al.*, | § | |
| Defendants. | § | |

## ORDER

On July 27, 2017, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5), filed July 24, 2017. No objections to the Report were filed.

Having reviewed the application, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **denies** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 5).

**It is so ordered** this 30th day of August, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page